DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- RTC DOCKET SHEET

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/04/12 | RTC-6 | LETTER -- RE: NON RECEIPT OF RULE 25, PROOF OF SERVICE -- Letter request proof of service be filed within ten days Sent to Dwight C. Alpern, Esq., FERC dated 4/12/89 |
| 89/04/14 | RTC-6 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/02/15 from Federal Energy Regulatory Commission w/cert. of svc. |
| 89/04/19 | RTC-7 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/04/11 from Interstate Commerce Commission w/cert. of svc. |
| 89/04/19 | RTC-8 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/04/11 from Interstate Commerce Commission w/cert. of svc. |
| 89/05/01 | RTC-9 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Eighth Circuit.--appealing agency order (RP89-40), 45 FERC 61,541, dated March 27, 1989 |
| 89/05/01 | RTC-9 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the Eighth Circuit. Random Selector Catherine D. Stacey, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |
| 89/05/04 | RTC-10 | PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM Federal Energy Regulatory Commission order involving two appeals pending in two circuits as follows: one in the District of Columbia Circuit and one in the Fifth Circuit.--appealing agency order 46 FERC 61,018, dated April 3, 1989 |
| 89/05/04 | RTC-10 | CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD consolidating two appeals that were pending in two circuits in the District of Columbia Circuit. Random Selector Rose E. Washington, and Witness Patricia D. Howard Notified Federal Energy Regulatory Commission and clerks in involved circuits. |

JPML FORM 1A

## DOCKET ENTRIES

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. ___ -- _____

| Date | Ref. | Pleading Description |
|---|---|---|
| 89/05/10 | RTC-9 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/05/01 FROM Federal Energy Regulatory Commission w/cert. of svc. |
| 89/05/10 | RTC-10 | PROOF OF SERVICE FOR THE CONSOLIDATION ORDER FILED ON 89/05/04 FROM Federal Energy Regulatory Commission w/cert. of svc. |